1110

[No. 18948-8-II.    Division Two.    October 24, 1997.]

FINANCIAL PACIFIC CO., *Respondent*, v. DENNIS
QUINN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-2-09081-5, Terry D. Sebring, J., entered
November 10, 1994. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Houghton, C.J., and Bridge-
water, J.

[No. 19547-0-II.    Division Two.    October 24, 1997.]

PATRICIA ROWLEY, ET AL., *Respondents*, v. THE
DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 92-2-10016-4, Nile E. Aubrey, J., entered May
1, 1995. *Reversed* by unpublished opinion per Bridgewater,
J., concurred in by Houghton, C.J., and Morgan J.

[No. 19620-4-II.    Division Two.    October 24, 1997.]

ALLEN P. SALATINO, *Appellant*, v. FARMERS
INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 94-2-09599-0, Terry D. Sebring, J., entered
June 2, 1995. *Affirmed* by unpublished opinion per Hough-
ton, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 19860-6-II.    Division Two.    October 24, 1997.]

*In the Matter of the Marriage of* DEBORA ANN
DAMON-RAU, *Respondent,* and GLEN WESLEY RAU,
*Appellant*.

Appeal from a judgment of the Superior Court for
Mason County, No. 93-3-00294-4, Toni A. Sheldon, J.,
entered June 26, 1995. *Affirmed* by unpublished opinion
per Hunt, J., concurred in by Seinfeld and Armstrong, JJ.